JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PRIME HEALTHCARE CENTINELA, LLC, a Delaware limited liability company doing business as Centinela Hospital Medical Center;<br><br>Plaintiff<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF LOUISIANA, a Louisiana Corporation; and DOES 1 through 100, Inclusive.<br><br>Defendant. | Case No. 2: 11-CV-08499 – AHM-(MANX)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Orig. Complaint Filed: August 29, 2011 |

1

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The above-entitled action City shall be dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear their owns costs and fees.

Dated: September 12, 2012

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6